UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00148-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| TIMOTHY G. WILSON, | DATE: October 28, 2020 |
| | TIME: 8:45 a.m. |
| Defendant. | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00148-KJN with prejudice is GRANTED.

It is further ordered that the status conference scheduled on October 28, 2020, is vacated.

IT IS SO ORDERED.

Dated:  October 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE